AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Alexandra Haase, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Cameron Mitchell Restaurants LLC, | ) |
| *Defendant* | ) |

Civil Action No.   2:23-cv-1316

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Court dismisses, with prejudice, the claims of the Plaintiff, individually and on behalf of the Opt-In Party Plaintiffs, as provided in the Agreement.  As set forth in the Agreement, Plaintiff and Opt-In Party Plaintiffs release all Released Claims against the Released Persons during the Released Period.  The Court retains jurisdiction over the Action to enforce the terms of the Agreement.

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Kimberly A. Jolson _____ on a Motion for Approval of FLSA Settlement

Date:   08/09/2024

CLERK OF COURT

*Signature of Clerk or Deputy*